UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MADELYN COLE,

       Plaintiff,                              Case No. 15-cv-13292

v.                                         HONORABLE STEPHEN J. MURPHY, III

COMMISSIONER OF SOCIAL
SECURITY,

       Defendant.
_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**
(document no. 16), **DENYING COMMISSIONER'S MOTION FOR SUMMARY JUDGMENT** (document no. 15)**, GRANTING COLE'S MOTION FOR SUMMARY JUDGMENT** (document no. 14)**, AND REMANDING THE CASE**

    Plaintiff Madelyn Cole filed an application for disability insurance benefits. The Social Security Administration denied her application. She then appealed to this Court under 42 U.S.C. § 405(g). The Court referred the case to a Magistrate Judge and both parties filed motions for summary judgment. On June 14, 2016, the Magistrate Judge issued a Report and Recommendation, advising the Court to deny the Commissioner's motion, grant Cole's motion, and remand the case to the Social Security Administration for additional consideration. ECF No. 16.

    On June 17, 2016, the Clerk served a copy of the Report on both parties. Under Civil Rule 72(b), each party had fourteen days from the date of service to file any written objections to the recommended disposition. Neither party has filed any objections. De novo review of the Magistrate Judge's findings is therefore not required. *See* Fed. R. Civ. P. 72(b)(3). The Court has reviewed the file and the Report, and finds that the Magistrate Judge's analysis is proper. Accordingly, the Court adopts the Report's findings and conclusions and will enter an appropriate judgment.

**WHEREFORE**, it is hereby **ORDERED** that the Report and Recommendation (document no. 16) is **ADOPTED** and the case is **REMANDED** pursuant to 42 U.S.C. §405(g).

**IT IS FURTHER ORDERED** that the Commissioner's Motion for Summary Judgment (document no. 15) is **DENIED.**

**IT IS FURTHER ORDERED** that Cole's Motion for Summary Judgment (document no. 14) is **GRANTED.**

**SO ORDERED**.

s/Stephen J. Murphy, III
Stephen J. Murphy, III
United States District Judge

Dated: July 7, 2016

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 7, 2016, by electronic and/or ordinary mail.

s/Carol Cohron
Case Manager